*Filed Under Seal*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22- |
| v. | : | DATE FILED: December 14, 2022 |
| JASON MATTIS a/k/a "Jay" | : | VIOLATION: 26 U.S.C. § 5861(d) (possession of an unregistered firearm - 3 counts) |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about June 30, 2022, at 6947 Hegerman Street, Philadelphia, Pennsylvania, in the Eastern District of Pennsylvania, defendant

**JASON MATTIS,**
a/k/a "Jay,"

knowingly possessed a firearm, that is, a destructive device, not registered to defendant MATTIS in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5845(a)(8), (f)(1), (f)(3), 5861(d), and 5871.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 30, 2022, at 4954 Wellington Street, Philadelphia, Pennsylvania, in the Eastern District of Pennsylvania, defendant

**JASON MATTIS,**
a/k/a "Jay,"

knowingly possessed a firearm, that is, a destructive device, which was not registered to defendant MATTIS in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5845(a)(8), (f)(1), (f)(3), 5861(d), and 5871.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 1, 2022, at 7162 Keystone Street, Philadelphia, Pennsylvania, in the Eastern District of Pennsylvania, defendant

**JASON MATTIS,**
a/k/a "Jay,"

knowingly possessed a firearm, that is, a destructive device, which was not registered to defendant MATTIS in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5845(a)(8), (f)(1), (f)(3), 5861(d), and 5871.

A TRUE BILL:

_____
GRAND

_____
**JACQUELINE C. ROMERO**
**United States Attorney**

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

JASON MATTIS
a/k/a "Jay"

Indictment

Counts

26 U.S.C. § 5861(d) (possession of an unregistered firearm - 3 counts)

A true 

in open court this 14 day,
of December A.D. 20 22

_____ Clerk

Bail, $ _____