IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 22- |
| JASON MATTIS<br>a/k/a "Jay" | : |

ORDER FOR BENCH WARRANT

AND NOW, this 14th day of December, 2022, on motion of Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

/s/David R. Strawbridge
HONORABLE DAVID R. STRAWBRIDGE
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO.  22- |
| JASON MATTIS<br>a/k/a "Jay | : | |

## MOTION FOR BENCH WARRANT

AND NOW, this 14th day of December, 2022, Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, and Robert E. Eckert, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney

*/s/Robert E. Eckert*
Robert E. Eckert
Assistant United States Attorney