

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Robert E. Eckert*
*Direct Dial: (215) 861-8630*
*Facsimile: (215) 861- 8618*
*E-mail Address: Robert.eckert@usdog.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

December 15, 2022

Mark Ciamaichelo
U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

  Re: *United States v. Jason Mattis.*
    Criminal No. 22-461

Dear Mr. Ciamaichelo:

  Please unseal the indictment in the above-captioned case, *United States v. Jason Mattis.,* 22-CR-461, which was returned by the grand jury on December 14, 2022.
.

           Very truly yours,

           Jacqueline C. Romero
           United States Attorney


           /s Robert E. Eckert
           Robert E. Eckert
           Assistant United States Attorney