AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

Eastern   District of   Pennsylvania

United States of America
v.

)
)   Case No.   22-461
)
)
)
Jason Mattis   )
a/k/a "Jay"   )

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jason Mattis
a/k/a "Jay"                                                                                                        ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
26:5845(a)(8),(f)(1),(f)(3), 5861(d), AND 5871 - POSSESSION OF AN UNREGISTERED FIREARM

Date:   12/14/2022

City and state:   Philadelphia, PA

Mark Ciamaichelo, Deputy Clerk
*Issuing officer's signature*

George Wylesol, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/15/22 , and the person was arrested on *(date)* 12/5/22 at *(city and state)* SCI Phoenix, Collegeville, PA |
| Date: 12/15/22 |

*Arresting officer's signature*

DAVID O'BRIEN
*Printed name and title*