IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 22-461 |
| | : | |
| | : | |
| JASON MATTIS | : | |

## ENTRY AND WITHDRAWAL OF APPEARANCE

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.

Please remove Maranna J. Meehan, Assistant Federal Defender as counsel of record.

                                                                                     Respectfully submitted,

                                                                                    */s/ Rossman D. Thompson, Jr.*
                                                                                     ROSSMAN D. THOMPSON, JR.
                                                                                      Assistant Federal Defender

                                                                                       Withdrawing Attorney:

                                                                                   */s/ Maranna J. Meehan*
                                                                                   MARANNA J. MEEHAN
                                                                                   Assistant Federal Defender

## CERTIFICATE OF SERVICE

I, Rossman D. Thompson, Jr., Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I caused a copy of the attached Entry and Withdrawal of Appearance to be filed and served electronically through the Eastern District Clerk's Office Electronic Case Filing ("ECF') and/or by electronic mail upon:

Robert E. Eckert
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania, 19106.

*/s/ Rossman D. Thompson, Jr.*
ROSSMAN D. THOMPSON, JR.
Assistant Federal Defender

DATE:  December 16, 2022