# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CRIMINAL NUMBER 22-461-1** |
| | : | |
| **JASON MATTIS** | : | |

## O R D E R

  **AND NOW**, this          day of                  2023, in consideration of Defense Counsel's Motion to Withdraw Due to Conflict of Interest, it is hereby **ORDERED** that the motion is **GRANTED**.   The Federal Community Defender Office for the Eastern District of Pennsylvania is hereby removed as defense counsel.

  It is so **ORDERED**.


                                                    BY THE COURT:


                                                    _____
                                                    THE HONORABLE GENE E.K. PRATTER
                                                    United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| V. | : | CRIMINAL NUMBER 22-461-1 |
| | : | |
| | : | |
| JASON MATTIS | : | |

DEFENSE COUNSEL'S MOTION TO
WITHDRAW DUE TO CONFLICT OF INTEREST

Rossman D. Thompson, Jr., Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby respectfully moves to withdraw as counsel in the above captioned case due to a conflict of interest. In support of this motion counsel avers as follows:

1. On December 15, 2022, Mr. Mattis made his initial appearance pursuant to an Indictment charging him with possession of an unregistered destructive device, in violation of 26 U.S.C. § 5681(d). Following the appointment of counsel the Court granted the governments motion for continuance.

2. On December 16, 2022, counsel undersigned entered his appearance on behalf of Mr. Mattis (ECF 9 and on December 20, 2022, Magistrate Judge Carlos granted the governments motion for detention and advised the parties that trial is scheduled to commence on February 22, 2023.

3. On or about January 28, 2023, Assistant United States Attorney Robert Eckert provided counsel with a discoverable document which clearly establishes a conflict. The issue contained in the document clearly creates an irreconcilable conflict that cannot be cured. This is case where the office has concluded that Mr. Mattis would be best served with substitute counsel from the CJA panel.

4. Assistant United States Attorney, Robert Eckert brought this issue to counsels' attention and understands that the Defender will file a motion to withdraw.

**WHEREFORE**, undersigned defense counsel respectfully moves to be withdrawn as counsel.

Respectfully submitted,

ROSSMAN D. THOMPSON, JR.
Assistant Federal Defender

## **CERTIFICATE OF SERVICE**

I, Rossman D. Thompson, Jr., Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have caused a copy of Defendant's Sentencing Memorandum, to be filed and served electronically through the Eastern District Clerk's Office Electronic Case Filing ("ECF") upon:

Robert Eckert
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania 19106.

ROSSMAN D. THOMPSON, JR.
Assistant Federal Defender

DATE:  February 7, 2023