IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JASON MATTIS | : | NO. 22-461 |

### ORDER

**AND NOW,** this 14th day of February, 2023, upon consideration of Defense Counsel's Motion To Withdraw Due To Conflict Of Interest (Doc. No. 13), it is **ORDERED** that the Motion is **GRANTED.** The Federal Community Defender Office for the Eastern District of Pennsylvania will be withdrawn as counsel for Mr. Mattis.

**IT IS FURTHER ORDERED** that Mariana Rossman, Esquire, is hereby appointed to represent Mr. Mattis in the above matter. This appointment shall remain in effect until terminated or a substitute attorney is appointed.

**IT IS FURTHER ORDERED** the Court finds, pursuant to 18 U.S.C. § 3161 (h)(7)(A),(B), that (1) the above action cannot proceed to trial as previously scheduled and should be continued because, given the arguments for continuance presented to the Court, the failure to continue the trial date would likely make such proceeding impossible or would result in a miscarriage of justice; and, therefore, (2) the ends of justice served by this continuance outweigh the other interests of the public and the defendant in a speedy trial commencing on the date previously set.

Accordingly, it is hereby **ORDERED** that the trial is **CONTINUED** to May 22, 2023.

The period from the date of this Order to the next trial date shall be **EXCLUDED** from all computations of time under the Speedy Trial Act, 18 U.S.C. § 3161.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge