IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: February 28, 2023 |
| vs. | : | |
| | : | |
| JASON MATTIS | : | CRIMINAL NO. 22-461 |

USM No. 36286-510
FDC Philadelphia
P.O. Box 562
Philadelphia, PA 19106

## NOTICE OF HEARING

**TAKE NOTICE** that the above-named defendant has been scheduled for **JURY TRIAL** on **May 22, 2023** at **10:00 A.M.**, before the Honorable Gene E. K. Pratter in Courtroom 10-B of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.
☒ **Hearing rescheduled from:** February 22, 2023

For additional information, please contact the undersigned.

        Michael Coyle,
        Deputy Clerk to Judge Pratter

Notice to:
  Defendant
  Mariana Rossman, Esq., Defense Counsel
  Robert E. Eckert, A.U.S.A.
  U.S. Marshal
  Probation Office
  Pretrial Services
  Interpreter Coordinator