## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> : CRIMINAL NO: 22-CR-00461 |
| v. | : <br> : FILED ELECTRONICALLY |
| JASON MATTIS | : <br> : |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of the foregoing Unopposed Motion for Continuance of Trial, and it appearing that the interests of justice are served by granting the requested continuance outweigh the best interests of the public and the Defendant in a speedy trial, it is hereby ORDERED and DECREED that pursuant to 18 U.S.C. § 3161 (h)(7)(A), said Motion is GRANTED. It is further ORDERED and DECREED that taking in to account the exercise of due diligence, the failure to grant the requested continuance would deny counsel for the defendant reasonable and adequate time necessary for effective preparation, therefore trial in this matter shall commence on the _____ day of _____, 20_____ at _____ a.m. and the continuance period shall be marked excludable in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv).

BY THE COURT:

_____
Honorable Gene E.K. Pratter
United States District Court
for the Eastern District of Pennsylvania

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO: 22-CR-00461 |
| | : |
| | : FILED ELECTRONICALLY |
| JASON MATTIS | : |
| | : |

## SECOND UNOPPOSED MOTION TO CONTINUE TRIAL

1. On or about February 15, 2023, this Court appointed undersigned counsel ("Ms. Rossman") to represent Mr. Mattis in connection with the above-captioned matter. Shortly thereafter, the Court scheduled a trial date of May 22, 2023 that was continued to October 23, 2023.

2. The government has provided significant discovery that defense counsel has shared with Mr. Mattis and continues to review. Additionally, defense counsel requested additional discovery from the government to share with retained experts in this matter. While some of this discovery was provided, there remain important outstanding items.

3. Ms. Rossman has consulted with AUSA Robert Eckert who is assigned to this matter and does not oppose a continuance of trial. Both Mr. Ecker and Ms. Rossman request a new date no earlier than February 2024.

4. Finally, Mr. Mattis does not oppose the requested relief as evidenced by the Waiver of Speedy Trial Rights attached hereto as Exhibit A.

WHEREFORE, Mr. Mattis requests that this Court grant his Unopposed Motion to Continue Trial and reset this matter for February 2024 or later.

Respectfully Submitted,

/s/ Mariana Rossman
Mariana Rossman, Esquire
THE ROSSMAN FIRM LLC
1500 Walnut Street, 7th Floor West
Philadelphia, PA 19102
(215) 913-6290 / (215) 751-0658 (fax)
mrossman@therossmanfirm.com

Dated: October 3, 2023

## **CERTIFICATE OF SERVICE**

I, Mariana Rossman, Esquire, hereby certify that a true and correct copy of the attached Unopposed Motion to Continue Trial was electronically filed and is available for viewing via the CM/ECF system. A copy has also been sent via electronic mail to the below listed individuals:

Robert Eckert, Esquire
U.S. Attorney's Office
615 Chestnut St., Suite 1250
Phila, PA 19106-4476
robert.eckert@usdoj.gov

/s/ Mariana Rossman
Mariana Rossman, Esquire
THE ROSSMAN FIRM LLC
1500 Walnut Street, 7th Floor West
Philadelphia, PA 19102
(215) 913-6290
(215) 751-0658 (fax)
mrossman@therossmanfirm.com

Dated: October 3, 2023