## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO: 22-cr-00461 |
| v. | : FILED ELECTRONICALLY |
| JASON MATTIS | : |

     I, Jason Mattis, am the Defendant in the above-captioned matter.  I have consulted with my counsel, Mariana Rossman, regarding my rights under the Speedy Trial Act and my right to a speedy trial under the Sixth Amendment to the United States Constitution.

     I do not oppose a continuance of my trial, currently scheduled for October 23, 2023, and agree that the ends of justice served by a continuance outweigh the best interest of the public and myself in a speedy trial.  I understand that the time between the filing of the Motion to Continue and the new trial date to be set by the Court will be excluded for the purposes of computing the time within which my trial must commence under the Speedy Trial Act.  I also agree that this delay will not deprive me of my speedy trial rights under the Sixth Amendment to the United States Constitution.

Dated: 10/2/23

Jason Mattis